# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

| | |
|---|---|
| In re:<br>**Miriam Bailey,**<br>     Debtor. | Case No.:  21–10753–SDB<br>Judge:  Susan D. Barrett<br>Chapter:  13 |

### *NOTICE OF TELEPHONIC HEARINGS*

    Notice is hereby given that all hearings scheduled for May 12, 2022, at 02:00 PM for the Augusta Division of the U.S. Bankruptcy Court will be held **TELEPHONICALLY.**

    To participate in the hearing, use the information below and **<u>dial in at least 10 minutes prior</u>** to the scheduled hearing time:

> Call: 1–888–363–4749
> Access Code: 7030574
> Security Code: 4172020

    While participating in the hearing, please comply with the following:

1. Identify yourself at the beginning of the call and each time you speak for the record.
2. Place all phones on mute when your case is not being heard.
3. <u>Do not</u> use the "speaker" function. <u>Do not</u> place the call on hold.
4. Users are prohibited from recording or broadcasting the proceedings conducted by the U.S. Bankruptcy Court for the Southern District of Georgia.

    If you are unable to utilize this telephonic service, please contact the Clerk's Office via telephone at 706–823–6000 prior to your hearing to make other arrangements. If you experience technical difficulty at the time of your hearing and are unable to participate in your hearing, you must promptly report such difficulty to the Clerk's Office. Otherwise, you will be deemed to have been afforded the opportunity to participate in the hearing.

    Attorneys: Please advise your clients <u>not</u> to appear at the courthouse(s). You should notify your client (debtor) prior to the telephonic hearing if their participation is required. Parties can assist the Court in facilitating telephonic hearings by contacting opposing counsel and interested parties well in advance of hearings to resolve any issues that can be resolved.

> *Lucinda Rauback, Clerk*
> United States Bankruptcy Court
> Federal Justice Center
> 600 James Brown Blvd
> P.O. Box 1487
> Augusta, GA 30903

Dated: **April 27, 2022**

*GASB–105 [01/21]* **VWW**